**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAFETY SOCKET LLC, a Delaware limited liability company, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 18-CV-06670 |
| v. | ) ) | Hon. Mary M. Rowland |
| RELLI TECHNOLOGY, INC., a New York corporation, | ) ) ) ) | Mag. Heather K. McShain |
| *Defendant*. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE, INSTANTER, ITS RESPONSE
IN OPPOSITION TO RELLI TECHNOLOGY, INC.'S MOTION TO COMPEL**

Plaintiff, Safety Socket LLC ("Plaintiff" or "Safety Socket"), by its undersigned counsel of record, submits the following as its Motion for Leave to File, Instanter, its Response in Opposition to Relli Technology, Inc.'s Motion to Compel, a copy of which is attached hereto as Exhibit A:

1. On September 30, 2020, the Court granted Plaintiff's motion for leave to file its Motion to Compel and to adjust the briefing schedule for the parties' respective motions to compel. (September 30, 2020 Order, Doc.#91)

2. The September 30 order set October 9, 2020 (Friday), as the due date for responses and October 16, 2020, for replies, if any.

3. Plaintiff's counsel made every effort, putting other cases aside, to respond the Relli's Motion to Compel in the time allotted, but required the additional two weekend days to complete it.

4. As counsel believes the Court will recognize upon reading the 14-page response, and the extensive references to, and compilation of, representative discovery documents attached

to the Shebar Opposition Declaration, a very substantial amount of work was required to respond to the many misstatements by Relli concerning Safety Socket's disclosures to date.

5. In addition, Plaintiff has previously advised the Court in its prior motion for leave of substantial adjustments counsel has had to make to his work schedule to accommodate ongoing changes to his three school-aged children's schedules, as a result of the pandemic. Those adjustments are ongoing, as their school district is now transitioning to a new partial in-school schedule, combined with a new e-learning schedule. In addition, their mother is still adapting her schedule to meet the needs of her new employer. The recent reshuffling of these schedules has added to the span of time required by counsel to complete work on the response to Relli's Motion to Compel.

6. Counsel recognizes that requiring another extension in such a short interval may put a strain on the schedules of the Court and opposing counsel and sincerely apologizes. Counsel has supplemented and solidified his childcare assistance and believes that beyond this short delay in filing, there should be no further need in the near future for further adjustments of this nature.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff respectfully requests that the Court enter an order (i) granting the Motion for Leave and permitting Plaintiff to file its Response to Relli Technologies, Inc.'s Motion to Compel, attached hereto as Exhibit A, instanter, and (ii) granting any further relief the Court deems just and proper.

Dated: October 12, 2020             Respectfully submitted,

/s/Steven M. Shebar
SHEBAR LAW FIRM
0N370 Fanchon Street
Wheaton, Illinois 60187
630-877-6833
steveshebar@shebarlaw.com

*Attorneys for Plaintiff Safety Socket LLC*