IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFETY SOCKET LLC, | ) |
| *Plaintiff,* | ) Case No. 1:18-cv-06670 |
| v. | ) Hon. Mary M. Rowland |
| RELLI TECHNOLOGY, INC., | ) Mag. Heather K. McShain |
| *Defendant.* | ) |

## DECLARATION OF STEVEN M. SHEBAR

Steven M. Shebar, on oath, deposes and says:

1. I am admitted to practice before the courts of the State of Illinois and this federal court. I am lead and trial counsel in this matter for Safety Socket LLC, Plaintiff herein ("Safety Socket"). I make this Declaration based on personal knowledge of the facts stated herein, except where such facts are stated upon information and belief and, as to such facts, I believe them to be true. If called upon to testify to the following facts, I could do so truthfully.

2. Attached hereto as Exhibit A is a true copy of an e-mail I sent to Relli's attorneys on January 29, 2020.

3. Attached hereto as Exhibit B is a true copy of my letter to Relli's attorneys dated September 10, 2020.

4. Attached hereto as Exhibit C are true copies of Bates-stamped documents from Safety Socket's production to Relli and one Bates-stamped copy of a document from Relli's production to Safety Socket.

5. Attached hereto as Exhibit D is a true copy of Safety Socket's Responses to Relli's First Set of Document Requests in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2020,

/s/Steven M. Shebar
*Attorney for Plaintiff, Safety Socket LLC*