UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Safety Socket LLC
                          Plaintiff,

v.                                                         Case No.: 1:18−cv−06670
                                                               Honorable Jeremy C. Daniel

Relli Technology, Inc.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 21, 2024:


      MINUTE entry before the Honorable Jeremy C. Daniel: Final pretrial conference held. The parties shall submit a word version of the parties' proposed jury instructions with the proposed pretrial order to proposed_order_daniel@ilnd.uscourts.gov on or before noon, 5/22/2024. The email should copy all counsel present at today's final pretrial conference. The Court will use that email to circulate draft voir dire questions, preliminary jury instructions, and jury instructions. The Court anticipates circulating those materials no later than May 24, 2024, at noon. The parties shall confer and submit revisions to those materials on or before May 30, 2024. The parties shall submit any proposed changes to those materials to the court's proposed order inbox with changes tracked and, to the extent there are disputes, the parties may state their position as a comment. Each comment shall not exceed 3 sentences. For the reasons stated on the record, the Court rules on the parties' motion's in limine as follows: the plaintiff's motions in limine 1, 2, 3, and 4 are denied; the defendant's motions in limine 1 is denied, 2 is denied in part and granted in part, and 3 is granted. With respect to the defendant's motion in limine 2, James Erbs has not been disclosed or qualified as an expert, which means he cannot offer opinion testimony concerning damages. He can testify as to his personal knowledge with respect to damages, subject to any evidentiary objections the defendant may raise. With respect to the defendant's motion in limine 3, the plaintiff is free to object to testimony offered by the defendant's employees concerning information sought but not disclosed during discovery and may file any appropriate motions concerning such testimony. Should the parties need to raise any disputes with the Court prior to June 3, 2024, after conferring, the parties may submit an email to the Court using the proposed order inbox with each party stating the issue and their position. Each party is limited to 500 words in this email. And this process is not a substitute for motion practice; rather, it is to address minor disputes related to trial administration, to include clarification on matters discussed at the final pretrial conference. The parties are advised that Judge Daniel's courtroom is equipped with an integrated electronic evidence presentation system. Parties will no longer be permitted to bring their own projection or audio−visual equipment to display evidence electronically. Any party desiring to use the Court's electronic evidence presentation system must confirm by e−mailing Judge Daniel's courtroom deputy that the person who will be operating the equipment either (1) has participated in a training session with the Systems Department, or (2) does not require training because they have used the system for a trial

in this courthouse previously. Parties may arrange for training by contacting the Systems Department at (312) 435−5555. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.